830

John K. MEREDITH, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12016.

Circuit Court of Appeals, Fifth Circuit.

Oct. 28, 1947.

John K. Meredith, for appellant, in pro. per.

J. Ellis Mundy, U. S. Atty., and H. H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed upon the authority of Hill, Warden, v. Wampler, 298 U.S. 460, 56 S.Ct. 760, 80 L.Ed. 1283; Riddle v. Dyche, Warden, 262 U.S. 333, 43 S.Ct. 555, 67 L.Ed. 1009.

Affirmed.

George A. THOMPSON, Jr., Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12146.

Circuit Court of Appeals, Fifth Circuit.

Oct. 28, 1947.

George A. Thompson, Jr., for appellant, in pro. per.

Col. Eugene Ferry Smith, J. A. G. D., Staff Judge Advocate, 3d Army, J. Ellis Mundy, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before SIBLEY, HOLMES, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.